UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE LOCAL 373 PENSION FUND,

          Plaintiff,

WENDY McDONAGH, STEPHANIE ULRICH and
CINDY NORTON,

          Defendant.

**JUDGE KARAS**

Rule 7.1 Statement

'08 CIV 5040

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    None

Date: May 20, 2008

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: /s/ Karin Arrospide
Karin Arrospide (KA 9319)
Attorneys for Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515