**AFFIDAVIT OF SERVICE**

| UNITED STATES DISTRICT COURT | | | |
|---|---|---|---|
| SOUTHERN DISTRICT OF NEW YORK | FILED ON: June 2, 2008 | INDEX NO.: | 08 CIV 5040 |

BOARD OF TRUSTEES of the LOCAL UNION 373 UNITED ASSOCIATION OF
JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY
LOCAL 373 BENEFIT FUNDS,

Plaintiff(s) - Petitioner(s)

-vs-

WENDY MCDONAGH, ET AL.

Defendant(s) - Respondent(s)

STATE OF NEW YORK
COUNTY OF WESTCHESTER

I, John Catlin, being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On June 10, 2008 at 5:06 PM
Deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT
upon WENDY MCDONAGH, DEFENDANT
at address: 225 Valley Rd.     City & State: Valley Cottage, NY 10989

**MANNER OF SERVICE**

**INDIVIDUAL 1.** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein

**CORPORATION 2.** [ ] a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof

**SUITABLE AGE PERSON 3.** [X] by delivering thereat a true copy of each to CONNOR MCDONAGH (Son) a person of suitable age and discretion. Said premises is recipient's dwelling place.

**AFFIXING TO DOOR, ETC. 4.** [ ] by affixing a true copy of to the door of said premises which is recipient's _____ Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there. Deponent talked to _____ premises who stated that recipient

**MAILING TO RESIDENCE** Use with 3 or 4 **5a.** [X] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient at recipient's last known residence, at 225 Valley Rd. Valley Cottage, NY 10989 and deposited said envelope in an official depositor under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS** Use with 3 or 4 **5b.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** [X] Deponent describes the person actually served as:
Sex: MALE   Skin Color: WHITE SKIN   Hair Color: RED HAIR
Approx. Age: 14-20 YRS.   Approx. Height: 5'9"-6'0"   Approx. Weight: 161-200 LBS.
Other identifying features:

**WITNESS FEES** [ ] $_____ authorizing traveling expenses and one days' witness fee

**MILITARY SERVICE** [X] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn before me on June 12, 2008

AMY KING
Notary Public, State of New York
Reg. No. 01KI6149410
Qualified in Westchester County
Commission Expires July 10, 2010

JOHN CATLIN