# AFFIDAVIT OF SERVICE

| UNITED STATES DISTRICT COURT | | FILE NO | |
|---|---|---|---|
| SOUTHERN DISTRICT OF NEW YORK | FILED ON: June 2, 2008 | INDEX NO | 08 CIV 5040 |

**BOARD OF TRUSTEES of the LOCAL UNION 373 UNITED ASSOCIATION OF THE JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY LOCAL 373 BENEFIT FUNDS,**

Plaintiff(s) - Petitioner(s)

-vs-

**WENDY MCDONAGH, ET AL.**

Defendant(s) - Respondent(s)

STATE OF NEW YORK
COUNTY OF ORANGE

I, **Michael Root**, being duly sworn deposes and says that deponent is over the age of eighteen years, is not a party to this proceeding and resides in New York State

On **June 12, 2008** at **8:15 PM**
Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT**
upon **CINDY NORTON, DEFENDANT**
at address: **5 Vinebrook Ave.**   City & State: **Cornwall-on-Hudson, NY 12520**

## MANNER OF SERVICE

**INDIVIDUAL** [X] By delivering a true copy of each to said recipient personally, deponent knew the person so served to be the person described as said recipient therein

**CORPORATION** [ ] a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described in same as said recipient and knew said individual to be _____ thereof

**SUITABLE AGE PERSON** [ ] As per Attorney's instruction, by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's _____

**AFFIXING TO DOOR, ETC.** [ ] by affixing a true copy of to the door of said premises which is recipient's _____ Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there. Deponent talked to _____ premises who stated that recipient _____

**MAILING TO RESIDENCE** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State

**MAILING TO BUSINESS** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** [X] Deponent describes the person actually served as:
Sex: **FEMALE**   Skin Color: **WHITE SKIN**   Hair Color: **BLACK HAIR**
Approx. Age: **36-50 YRS.**   Approx. Height: **5'9"-6'0"**   Approx. Weight: **131-160 LBS**
Other identifying features:

**WITNESS FEES** [ ] $ _____ authorizing traveling expenses and one days' witness fee

**MILITARY SERVICE** [X] I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn before me on **June 17, 2008**

_Susan Lawrence_ (signature)
**SUSAN LAWRENCE**
Notary Public, State of New York
Qual. in Rockland Co. No. 01LA6063662
Commission Expires September 4, 2009

_Michael Root_ (signature)
**MICHAEL ROOT**