# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TRUSTEES OF THE LOCAL 373 PENSION FUND

                                  Plaintiffs,

-against-                                      08 Civ. 5040 (KMK)

                                                                   **SUBSTITUTION OF**
                                                                   **ATTORNEY**

WENDY McDONAGH, STEPHANIE ULRICH and
CINDY NORTON,

                                  Defendants.

------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Emily A. Roscia, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, New York
       August 11, 2008

                                                    Barnes, Iaccarino, Virginia, Ambinder &
                                                    Shepherd, PLLC

                                          By: _____
                                                  Emily A. Roscia, Esq. (ER 3649)
                                                  258 Saw Mill River Road
                                                  Elmsford, New York 10523
                                                  (914) 592-1515

**SO ORDERED:**

_____
**HONORABLE JUDGE KENNETH M. KARAS, U.S.D.J.**

F:\LEGAL\373 COLLECTIONS\373 v. McDonagh et al\Substitution of Attorney.doc