*Karas, J*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TRUSTEES OF THE LOCAL 373 PENSION FUND

                            Plaintiffs,

-against-                                              08 Civ. 5040 (KMK)

**SUBSTITUTION OF ATTORNEY**

WENDY McDONAGH, STEPHANIE ULRICH and
CINDY NORTON,

                            Defendants.

------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Emily A. Roscia, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, New York
         August 11, 2008

                                                    Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC

                                                    By: _____
                                                    Emily A. Roscia, Esq. (ER 3649)
                                                    258 Saw Mill River Road
                                                    Elmsford, New York 10523
                                                    (914) 592-1515

SO ORDERED:

_____
HONORABLE JUDGE KENNETH M. KARAS, U.S.D.J.

DATED: 8/14/08

F:\LEGAL\373 COLLECTIONS\373 v. McDonagh et al\Substitution of Attorney.doc

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
BOARD OF TRUSTEES OF THE LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES
OF THE PLUMBING AND PIPEFITTING INDUSTRY LOCAL 373
BENEFIT FUNDS,

                                  Plaintiffs,

-against-                                             08 Civ. 5040 (KMK)

**AFFIDAVIT
PURSUANT TO
LOCAL CIVIL
RULE 1.4**

WENDY McDONAGH, STEPHANIE ULRICH and
CINDY NORTON,

                                Defendants.
---------------------------------------------------------------x

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF WESTCHESTER    )

      Emily A. Roscia, Esq., being duly sworn, deposes and says:

      1.      I am a member of the bar of this Court and am associated with the firm Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, the attorneys of record for the Plaintiffs, Board of Trustees of the Local Union 373 United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry Local 373 Benefit Funds. I am fully familiar with the facts set forth herein, and submit this Affidavit with the annexed Substitution of Attorney pursuant to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York.

2. Karin Arrospide, Esq., who was counsel of record for Plaintiffs in this action, is no longer associated with this firm, and I have been assigned as the attorney for this matter.

3. The Complaint was filed on June 16, 2008. The Answer was due on August 1, 2008. There currently are no dates scheduled.

WHEREFORE, Plaintiffs respectfully request that the annexed Substitution of Attorney be granted.

Dated: Elmsford, New York
August 13, 2008

Emily A. Roscia, Esq. (ER 3649)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

Sworn to before me this 13th day of
August, 2008

_____
Notary Public

WENDELL V. SHEPHERD
Notary Public, State of New York
No. __ __2831
Qualified in __ __ __ County
Commission Expires January 4, 202_
March 1, 2010

F:\L373 Collections\McDonagh et al\Rule 4.1 Affidavit.doc

2